NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HIGHMARK, INC.,**
*Plaintiff-Appellee,*

v.

**ALLCARE HEALTH MANAGEMENT SYSTEMS, INC.,**
*Defendant-Appellant.*

---

2011-1219

---

Appeal from the United States District Court for the Northern District of Texas in case no. 03-CV-1384, Judge Terry Means.

---

**ON MOTION**

---

## O R D E R

Allcare Health Management Systems, Inc. moves without opposition for a 10-day extension of time, until December 2, 2011, to file its response to Highmark, Inc.'s motion to find appeal by Allcare Health Management Systems, Inc. to be frivolous.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 8 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Cynthia E. Kernick, Esq.
Donald R. Dunner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 8 2011

JAN HORBALY
CLERK